```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -  X
                                   :
UNITED STATES OF AMERICA           :
                                   :
          - v. -                   :     **UNSEALING ORDER**
                                   :
INIGO PHILBRICK,                   :     20 MAG. 4507
                                   :
          Defendant.               :
                                   :
- - - - - - - - - - - - - - - - -  X
```

Upon the application of the United States of America, by and through Assistant United States Attorney Cecilia E. Vogel, it is hereby ORDERED that Complaint 20 Mag. 4507, which was filed under seal on April 30, 2020, be and hereby is unsealed.

SO ORDERED.

Dated:  New York, New York
        June  12 , 2020

                                    _____
                                    THE HONORABLE DEBRA FREEMAN
                                    UNITED STATES MAGISTRATE JUDGE