UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA

         -against-

INIGO PHILBRICK,

                Defendant.
---------------------------------------------------------------X

Case No. 20 Mag. 4507

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that the undersigned have been retained as Attorneys for Defendant Inigo Philbrick, and demand that all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
       June 22, 2020

                     Yours, etc.
                     BRILL LEGAL GROUP, P.C.
                     *Attorneys for Defendant*

                     By: Peter E. Brill
                     306 Fifth Avenue, Penthouse
                     New York, NY 10001
                     (212) 233-4141