```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

       -against-                                             20-MJ-04507 (UA)-1

INIGO PHILBRICK,                                            **ORDER**

                    **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      A telephone conference is scheduled for Wednesday, July 8, 2020, to discuss the status of this case and the issues raised in defense counsel's July 7, 2020 letter to the Court. The Court expects the Government to investigate these issues and report to the Court. At 11:30 a.m., counsel for both sides should call into the Court's dedicated conference line at (877) 336-1829, and enter Access Code 912-9042, followed by the pound (#) key.

**SO ORDERED**.

                                                          _____
                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:       July 7, 2020
                  New York, New York